IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 4:17CR3070 |
| v. | ) | |
| JAIME RAMOS, | ) | ORDER |
| Defendant. | ) | |

The government filed an Information of Previous Conviction on December 6, 2017, alleging two felony offenses and which will, if proven, require the imposition of a mandatory life sentence. (Filing no. 17.) I conferred with counsel by telephone today and they jointly orally moved to have the defendant arraigned again so that he may be apprised of the increased penalties. Therefore,

IT IS ORDERED that:

(1) This case is taken off the trial docket.

(2) This matter is referred to Magistrate Judge Zwart to arraign the defendant again and to schedule the further progression of this matter.

(3) The time between today's date and the new trial date is excluded from computation under the Speedy Trial Act in the interests of justice. *See* 18 U.S.C. § 3161.

(4) The Clerk of Court shall provide a copy of this order to Magistrate Judge Zwart.

DATED this 13th day of December, 2017.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge