IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 4:17CR3070 |
| v. | ) | |
| JAIME RAMOS, | ) | ORDER |
| Defendant. | ) | |

On the defendant's oral motion,

IT IS ORDERED that:

(1) The trial of this matter is continued until further order of the court.

(2) This matter is referred to Magistrate Judge Zwart for scheduling the defendant's change of plea hearing.

(3) The time between today's date and the new hearing date is excluded from computation under the Speedy Trial Act in the interests of justice. *See* 18 U.S.C. § 3161.

(4) The Clerk of Court shall provide a copy of this order to Magistrate Judge Zwart.

DATED this 12th day of March, 2018.

BY THE COURT:
s/ *Richard G. Kopf*
Senior United States District Judge