IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JAIME RAMOS,

    Defendant.

**4:17CR3070**

**ORDER**

At Defendant Ramos' request, a change of plea hearing is scheduled to be held on May 10, 2018 at 2:30 p.m.

Accordingly,

IT IS ORDERED:

1) Defendant's motion to continue the trial, (Filing No. 27), is denied as moot.

2) Defense counsel's request for a pre-plea sentencing guideline calculation on the defendant shall be directed to the U.S. Probation Office.

3) The clerk shall email a copy of this order to the U.S. Probation Office.

March 14, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge