IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>JAIME RAMOS,<br><br>        Defendant. | 4:17CR3070<br><br><br><br>ORDER |

This matter is before the Court on the defendant's renewed pro se motion for compassionate release. (Filing No. 58). The Court previously denied the defendant's motion without prejudice because the defendant failed to show that he had met the statutory administrative exhaustion requirement for motions like this. (Filing No. 57); *see* 18 U.S.C. § 3582(c)(1)(A)(i).

This time, the defendant alleges that he "gave notification to the Bureau of Prisons via a petition to the Warden for compassionate release" on August 24th. (Filing No. 58). But his mere allegation is not enough. The defendant did not provide any proof that the exhaustion requirement in § 3582(c)(1)(A)(i) has been satisfied here, like a copy of his petition or a document confirming the warden of his facility received it. Accordingly, the Court will again deny the defendant's motion for compassionate release without prejudice to refiling when the defendant can show—through documents substantiating his allegation—that he has met the statutory exhaustion requirement.

**IT IS SO ORDERED.**

Dated this 9th day of October, 2024.

BY THE COURT:

*Susan M Bazis*

Susan M. Bazis
United States District Judge