IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:17CR3070 |
| vs. | |
| JAIME RAMOS, | ORDER |
| Defendant. | |

Defendant filed a Notice of Appeal (Filing No. 67) on February 21, 2025. However, Defendant failed to pay the filing and docket fees. Defendant has the choice of either submitting the filing and docket fees to the Clerk's Office or submitting a request to proceed in forma pauperis.

Accordingly,

**IT IS ORDERED:**

1. Defendant is directed to submit the filing and docket fees to the Clerk's Office or submit a request to proceed in forma pauperis within 30 days of this Order.
2. The Clerk of Court is directed to set a case management deadline in this matter for March 27, 2025 with the following text: Check for motion to proceed in forma pauperis or payment.
3. The Clerk of Court is directed to send a copy of this Order to Defendant.

Dated this 24th day of February, 2025.

BY THE COURT:

*Susan M Bazis*

Susan M. Bazis
United States District Judge