IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:17CR3070 |
| vs. | |
| JAIME RAMOS, | MEMORANUM AND ORDER |
| Defendant. | |

This matter is before the Court on Plaintiff's Notice of Appeal (Filing No. 67) and motion for leave to proceed in forma pauperis on appeal (Filing No. 72).

A litigant seeking to appeal must either pay the required filing fees, *see* Fed. R. App. P. 3(e), or proceed in forma pauperis. And "a party to a district-court action who desires to appeal in forma pauperis must file a motion in the district court," including an affidavit that "shows in the detail prescribed by Form 4 of the Appendix of Forms the party's inability to pay or to give security for fees and costs," "claims an entitlement to redress," and "states the issues that the party intends to present on appeal." Fed. R. App. P. 24(a); *see* 28 U.S.C. § 1915(a)(1). If the district court grants the motion, "the party may proceed on appeal without prepaying or giving security for fees and costs, unless a statute provides otherwise." Fed. R. App. P. 24(a)(2).

Here, the Court finds that Defendant has satisfied those requirements. The Court has, after some time, now received Defendant's trust account statement showing he is unable to pay the appellate filing fee. (Filing No. 75). His motion claims an entitlement to redress and states the issues he intends to present on appeal. (Filing No. 72 at 1, 2). Defendant may therefore proceed on appeal without prepaying or giving security for fees and costs. Accordingly,

2

**IT IS ORDERED:**

1. Plaintiff's motion for leave to proceed in forma pauperis on appeal (Filing No. 72) is granted.

Dated this 24th day of June, 2025.

BY THE COURT:

_Susan M. Bazis_
Susan M. Bazis
United States District Judge