IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | **4:17CR3070** |
| vs. | |
| JAIME RAMOS, | **ORDER** |
| Defendant. | |

This matter is before the Court on defendant Jaime Ramos' Motion for Appointment of Counsel. (Filing No. 84). The Court previously granted Ramos leave to proceed in forma pauperis on his appeal of its order denying his motion for compassionate release. (Filing No. 76). Pursuant to the Criminal Justice Act, the United States Court of Appeals for the Eighth Circuit appointed Adam J. Sipple to represent Ramos. (Filing No. 79). Ramos voluntarily dismissed his appeal (Filing No. 82) and intends to file a new motion for compassionate release. (Filing No. 84 at 2).

The Court finds that Ramos is eligible for appointment of counsel pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A, and Amended Criminal Justice Act Plan for the District of Nebraska. The Court further finds that Mr. Sipple should be appointed for the purposes of presenting a new motion for compassionate release and to maintain continuity of counsel. Accordingly,

**IT IS ORDERED:**

1. Defendant Jaime Ramos' Motion for Appointment of Counsel (Filing No. 84) is granted.

2. Adam J. Sipple is appointed pursuant to the Criminal Justice Act as attorney of record for the above-named defendant in regard to filing a new motion for compassionate release and shall file an appearance in his capacity as appointed counsel.

3. The Federal Public Defender's Office shall provide counsel with a draft appointment order (CJA Form 20) bearing the name and other identifying information of the CJA Panel attorney identified in accordance with the Criminal Justice Act Plan for this district.

4. The Clerk of the Court shall provide a copy of this order to the Federal Public Defender for the District of Nebraska.

Dated this 13th day of November, 2025.

BY THE COURT:

Susan M. Bazis
United States District Judge

2